IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON PRIBILA,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, individually and d/b/a CIGNA HEALTHCARE BENEFITS, INC.,<br><br>        Defendant. | Civil Action No. 5:21-cv-03445 |

## STIPULATION TO DISMISS

**PLEASE TAKE NOTICE** that Plaintiff, Jason Pribila, and Defendant, Life Insurance Company of North America, individually and d/b/a Cigna Healthcare Benefits, Inc., hereby stipulate (pursuant to Rule 41 of the Federal Rules of Civil Procedure) to the dismissal of the claims of Jason Pribila in this Civil Action, and request that this Action be dismissed with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 16th day of December 2021,

_____
John S. Harrison, Esq.
Erika A. Farkas, Esq.
**BROUGHAL & DEVITO, L.L.P.**
38 West Market Street
Bethlehem, PA 18018
(610) 865-3664 (t)

*Attorneys for Plaintiff
Jason Pribila*

Dated: December 16, 2021

Dated: _____, 2021

/s/ Matthew J. Hank
Matthew J. Hank, PA No. 86086
Alexa J. Laborda Nelson, PA No. 314652
Hannah M. Lindgren, PA No. 326049
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102
267.402.3000 (t)
267.402.3131 (f)
mhank@littler.com
alabordanelson@littler.com
hlindgren@littler.com

*Attorneys for Defendant
Life Insurance Company of North America,
individually and d/b/a CIGNA Healthcare
Benefits, Inc.*

**SO ORDERED:**

_____
Hon. Edward G. Smith
United States District Judge